RUDOLPH WEISS, Doing Business under the Name of BEVERLY PHARMACY, Respondent, *v.* IRVING MAIDMAN, Doing Business as BEVERLY HOTEL, Appellant.

Argued January 13, 1955; decided March 10, 1955.

*Harry J. Halperin* and *Alexander S. Natanson* for appellant.
*Frank A. Fritz, Arthur P. West, Cyril Crimmins* and *Joseph Feinstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.